UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
FOLEY SQUARE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                     Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 104.162.230.126,<br><br>                     Defendant. | Civil Action No. 1:22-cv-07793-JLR |

**PLAINTIFF'S NOTICE OF SETTLEMENT
<u>WITH DEFENDANT</u>**

      **PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, John Doe, subscriber assigned IP address 104.162.230.126 ("Defendant") through his counsel, Robert Cashman, Esq.  Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated:  November 28, 2022                Respectfully submitted,

                                                 By:    /s/ *Jacqueline M. James*
                                                            Jacqueline M. James, Esq. (CT29991)
                                                             The James Law Firm, PLLC
                                                             445 Hamilton Avenue
                                                             Suite 1102
                                                             White Plains, New York 10601
                                                             T: 914-358-6423
                                                             F: 914-358-6424
                                                             E-mail: jjames@jacquelinejameslaw.com
                                                             *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ <i>Jacqueline M. James</i><br>
Jacqueline M. James